Case 1:21-cv-00699-JGK Document 19 Filed 04/23/21 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.

JEREMY SPENCE,

        Defendant.

Case No. 1:21-cv-00699

[~~Proposed~~]
**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

ECF Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-21

    Upon the declaration of Elizabeth C. Brennan, sworn to on the 23rd of April 2021, copies of affidavits of service of the summons and complaint, a certificate of the Clerk of Court stating that no answers have been filed, and copies of all pleadings, it is hereby

    **ORDERED** that defendant Jeremy Spence, show cause before this Court as to why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure, for entry of default judgment against defendant Jeremy Spence ordering permanent injunctive relief, restitution, civil monetary penalties, and other ancillary equitable relief; it is further

    **ORDERED** that the Defendant shall respond in writing to this Order to Show Cause for Default Judgment by  5/7/21 . If the Defendant fails to respond by that date, judgment may be entered against him and the Defendant will have no trial. The Plaintiff may reply by  5/14/21  and supporting papers .

    The Plaintiff shall serve a copy of this Order to Show Cause by 4/28/21 on the defendant and shall file proof of service by  5/3/21  including a copy of the certificate of default (ECF No. 12) .

    \*    \*    \*

No personal appearances are required in connection with this Order to Show Cause.

Dated: 4/23, 2021
New York, New York

_____
JUDGE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE