UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

- against -

JEREMY SPENCE,

                Defendant.

21 Civ. 699 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with a status update by **June 10, 2022**.

SO ORDERED.

Dated:    New York, New York
             May 31, 2022

                                          _____
                                          John G. Koeltl
                                      United States District Judge