**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,

                      Plaintiff,
    -against-                                              21 **CIVIL** 699 (JGK)

## JUDGMENT

JEREMY SPENCE,

                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 16, 2022, the application is granted. The stay is lifted. The Consent Order for Permanent Injunction has been signed. Judgment is entered; accordingly, the case is closed.

**Dated:** New York, New York

        November 17, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                       **BY:**        *K. Mango*

                                                           **Deputy Clerk**